United States District Court
Middle District of Florida
Jacksonville Division

**MEREDITH KORMOSKI,**

    *Plaintiff,*

v.                                         NO. 3:20-cv-1213-J-39PDB

**COMMISSIONER OF SOCIAL SECURITY,**

    *Defendant.*

## Order

The Commissioner cannot timely file a certified transcript required under 42 U.S.C. § 405(g) because of a high volume of pending actions, pandemic-caused disruptions in operations, and related limitations. Doc. 12-1. The Commissioner therefore moves for a ninety-day stay. Doc. 12. Meredith Kormoski opposes the motion to the extent the Commissioner requests more than a sixty-day stay. Doc. 13.

The Commissioner demonstrates good cause. *See* Doc. 12-1 (declaration by the Executive Director for the Office of Appellate Operations for the Social Security Administration). As stated in other actions involving similar motions, the pandemic has caused substantial disruptions in most aspects of life and work, warranting lenity. Even in ordinary times, the Court liberally grants extensions requested by counsel on both sides due to workload demands. The action was filed less than three months ago. And denying or lessening the stay here could cause Ms. Kormoski's case to leapfrog over others pending longer.

2

The Court **grants** the motion, Doc. 12; **stays** the case until April 8, 2021, or until the Commissioner files the answer and transcript, whichever is earlier; and **directs** the clerk to administratively close the case during the stay.

**Ordered** in Jacksonville, Florida, on January 26, 2021.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*